IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD L. RUTLEDGE,<br><br>Plaintiff,<br><br>vs.<br><br>MORTY MANNING; TROY BLOUNT, ADMINISTRATION WARDEN; and, DEBRA COLLINS, SGT. ADMINISTRATION,<br><br>Defendants. | CV 20-100-GF-JTJ<br><br><br>ORDER |

Upon stipulation of Plaintiff and County Defendants, Troy Blount and Debra Collins, for dismissal of this action and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-entitled matter is DISMISSED WITH PREJUDICE as to County Defendants Blount and Collins and each party is to bear their own costs.

DATED this 20th day of May, 2022.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge